1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   Lorraine Cope,                    )  CASE NO.: 2:13-cv-04518-SVW-JCG
                                        )
12        Plaintiff                     )  ORDER DISMISSING ACTION
                                        )  PURSUANT TO NOTICE OF
13        vs.                           )  SETTLEMENT
                                        )
14   Raytheon Technical Services        )
     Company LLC et al,                 )            JS - 6
15                                       )
          Defendant.                     )
16   _____   )
17
18        The Court having been advised by the parties that the above-entitled action has
     been settled;
19
          IT IS THEREFORE ORDERED that this action is dismissed without prejudice.
20
21
          IT IS SO ORDERED.
22
23
     Dated:  October 16, 2013          _____
24                                     STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE
25
26
27
28